**United States District Court**
For the Northern District of California

**\*E-Filed 01/10/2011\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

RENOLDO TATE,

      Plaintiff,

  v.

DIVERSIFIED COLLECTION
SERVICES, INC.,

      Defendant.

_____/

No. C 10-00978 RS

**ORDER TO SHOW CAUSE**

      Plaintiff Renoldo Tate filed this action against defendant Diversified Collection Services, Inc. on March 8, 2010, alleging violation of the Fair Debt Collection Practices Act.  On October 21, 2010, the Court granted the request of Tate's counsel to withdraw as counsel of record.  In the Order, Tate was advised to obtain new counsel or enter his appearance in *pro per*.  As of this date, he has done neither.  Furthermore, pursuant to the Court's Case Management Scheduling Order, a Case Management Conference was held on January 6, 2011, but Tate failed to appear.

      Tate's failure to comply with Court orders suggests a lack of interest in prosecuting this case.  Accordingly, Tate is hereby ordered to show cause in writing why this case should not be dismissed for failure to prosecute.  His show cause response should be filed in this Court no later than **February 3, 2011**.  Tate is further directed to appear for a show cause hearing on **February**

1

**10, 2011, at 1:30 p.m.** in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.  Failure to file a response or to appear will result in dismissal of the action.

      IT IS SO ORDERED.

Dated:  01/07/2011

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. C 10-00978 RS
ORDER TO SHOW CAUSE

United States District Court
For the Northern District of California

**United States District Court**
For the Northern District of California

1

2  **THIS IS TO CERTIFY THAT A HARD COPY OF THIS ORDER WAS MAILED TO:**

3  **Renoldo Tate**

4  2115 Peace Lane
   Burlington, NC  27217

5

6  DATED:  01/10/2011

7
                                          /s/ Chambers Staff
8                                         Chambers of Judge Richard Seeborg

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

No. C 10-00978 RS
ORDER TO SHOW CAUSE