\*E-Filed 02/11/2011\*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

RENOLDO TATE,

    Plaintiff,

v.

DIVERSIFIED COLLECTION SERVICES, INC.,

    Defendant.

No. C 10-00978 RS

**ORDER DISMISSING ACTION**

Plaintiff Renoldo Tate filed this action against defendant Diversified Collection Services, Inc. on March 8, 2010. On October 21, 2010, the Court granted the request of Tate's counsel to withdraw as counsel of record. In the Order, Tate was advised to obtain new counsel or enter his appearance in *pro per*, but he has done neither. Furthermore, he failed to appear at a Case Management Conference held on January 6, 2011. On January 7, 2011, Tate was ordered to show cause in writing by February 3, 2011 why the case should not be dismissed for failure to prosecute. Additionally, he was directed to appear for a show cause hearing on February 10, 2011. As Tate failed to file a response or to appear at the hearing, this action is dismissed for failure to prosecute.

IT IS SO ORDERED.

Dated: 02/11/2011

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. C 10-00978 RS
ORDER GRANTING DISMISSAL

**THIS IS TO CERTIFY THAT A HARD COPY OF THIS ORDER WAS MAILED TO:**

**Renoldo Tate**
2115 Peace Lane
Burlington, NC  27217

DATED:  02/11/2011

/s/ Chambers Staff
Chambers of Judge Richard Seeborg

**United States District Court**
For the Northern District of California

No. C 10-00978 RS
JUDGMENT